United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                            Case No. 17-01936-HWV

Christine Daly                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                        User: AutoDocke                                        Page 1 of 2
Date Rcvd: Jul 16, 2021                              Form ID: trc                                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

**Recip ID                 Recipient Name and Address**
5260139              +   US Bank Trust NA Trustee of Lodge Series IV Trust, c/o SN Corporation, 323 Fifth Street, Eureka, CA 95501, US Bank Trust NA Trustee of Lodge Series c/o SN Corporation 95501-0305

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021                                            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DLJ Mortgage Capital Inc. bkgroup@kmllawgroup.com |
| Michael C Mazack | on behalf of Creditor US Bank Trust NA as Trustee of Igloo Series IV mmazack@lynchlaw-group.com |
| Michelle Ghidotti | on behalf of Creditor US Bank Trust NA as Trustee of Igloo Series IV bknotifications@ghidottiberger.com |
| Richard Postiglione | on behalf of Creditor US Bank Trust National Association as Trustee of the Chalet Series IV Trust bankruptcy@friedmanvartolo.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Christine Daly
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-01936-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Christine Daly
2083 Sun Valley Drive
Blakeslee PA 18610-2134

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/15/2021.

Name and Address of Alleged Transferor(s):

Claim No. 2: US Bank Trust NA Trustee of Lodge Series IV Trust, c/o SN Corporation, 323 Fifth Street, Eureka, CA 95501, US Bank Trust NA Trustee of Lodge Series, c/o SN Corporation

Name and Address of Transferee:

c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/18/21

Terrence S. Miller
**CLERK OF THE COURT**