United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 17-01936-HWV
Christine Daly     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jul 27, 2021     Form ID: fnldec     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Christine Daly, 2083 Sun Valley Drive, Blakeslee, PA 18610-2134 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DLJ Mortgage Capital Inc. bkgroup@kmllawgroup.com |
| Michael C Mazack | on behalf of Creditor US Bank Trust NA as Trustee of Igloo Series IV mmazack@lynchlaw-group.com |
| Michelle Ghidotti | on behalf of Creditor US Bank Trust NA as Trustee of Igloo Series IV bknotifications@ghidottiberger.com |
| Richard Postiglione | on behalf of Creditor US Bank Trust National Association as Trustee of the Chalet Series IV Trust bankruptcy@friedmanvartolo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Christine Daly lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Christine Daly,<br>aka Christine Fuller, aka Christine Fuller Daly, | Chapter 13 |
| **Debtor 1** | Case No. 5:17−bk−01936−HWV |

Social Security No.: xxx−xx−1106

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 27, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

**fnldec** (10/20)